1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NORMA ALICIA GARCIA,                    Case No.  1:20-cv-1746-HBK

12              Plaintiff,                    ORDER GRANTING PLAINTIFF'S
                                             STIPULATED MOTION FOR ATTORNEY'S
13         v.                                FEES AND COSTS UNDER THE EQUAL
                                             ACCESS TO JUSTICE ACT
14   COMMISSIONER OF SOCIAL
     SECURITY,                               (Doc. No.  19)
15
                Defendant.
16

17         Pending before the court is Plaintiff's stipulated motion for attorney fees, filed September

18   9, 2021.  (Doc. No. 19).  Plaintiff seeks attorney's fees in the amount of $457.70 under the Equal

19   Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (*Id.*).

20         On August 3, 2021, this court granted the parties' Stipulation for Voluntary Remand

21   pursuant to Sentence Four of 42 U.S.C. § 405(g) and reversed and remanded the case to the

22   Commissioner for further administrative proceedings.  (Doc. No. 16).  The Clerk entered

23   judgment in favor of Plaintiff on that same day.  (Doc. No. 17).  Accordingly, as the prevailing

24   party, Plaintiff now requests an award of fees.  *See* 28 U.S.C. § 2412(a) & (d)(1)(A); Fed. R. Civ.

25   P. 54(d)(1); *see* 28 U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993)

26   (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a

27   prevailing party).

28         The Commissioner does not oppose the requested relief.  (*See* Doc. No. 19 at 1).  After

issuance of an order awarding EAJA fees and costs, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government.  If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

Accordingly, it is **ORDERED:**

1.  Plaintiff's stipulated motion for attorney's fees (Doc. No. 19) is **GRANTED**.

2.  Plaintiff is awarded fees in the amount of $457.70 (four hundred fifty-seven dollars and seventy cents).  Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees and subject to the terms of the stipulated motion.


Dated:    September 29, 2021    

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2